IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-00124-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| LESLIE CALVIN POWELL, | ) | |
| Defendant. | ) | |

This matter is before the court on Leslie Calvin Powell's Motion for Reconsideration [DE-31] of the undersigned's May 29, 2013 Order [DE-30]. Following a review of the record and the court's May 29, 2013 Order, the undersigned finds that the court's order adequately sets forth the undersigned's reasoning for denying Powell's Application for Issuance of Writ of Audita Querela. Additionally, the court sees no meritorious reason to disturb its ruling. For these reasons, Powell's Motion for Reconsideration [DE-31] is DENIED.

SO ORDERED.

This, the _12_ day of June, 2013

James C. Fox
Senior United States District Judge