IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-00124-F-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LESLIE CALVIN POWELL, | ) | |
| Defendant. | ) | |

This matter is before the court following receipt of letters from Leslie Calvin Powell's family and friends [DE-44]. In their letters, Powell's family and friends request that he be moved to Virginia, South Carolina, or North Carolina. Powell is advised that the location where a defendant serves his sentence is within the discretion of the Bureau of Prisons.

SO ORDERED.

This, the 10 day of November, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge