# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>Leslie Calvin Powell | )<br>)<br>) Case No: 7:08-CR-124-1F<br>) USM No: 14214-056 |
| Date of Original Judgment: May 13, 2009<br>Date of Previous Amended Judgment: _____<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) A. Robert Bell, III<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 81 months as to Count 1 / 120 months as to Count 4 months **is reduced to** 65 months in Count 1. and 97 months in Count 4

A sentence of 60 months imprisonment is imposed in Count 3, to run consecutively to Count 1. A sentence of 97 months custody is imposed in Count 4, concurrent. This results in a total sentence of 125 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 13, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/8/15                         */s/ James C. Fox*
                                           Judge's signature

Effective Date: November 1, 2015           James C. Fox, Senior U.S. District Judge
*(if different from order date)*            *Printed name and title*

EDNC Rev. 11/8/2011