IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:08-CR-00124-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LESLIE CALVIN POWELL, | ) | |
| Defendant. | ) | |

This matter is before the court on Crystal Autry's[1] April 1, 2015 letter motion [DE-48]. In her letter motion, Autry requests that Leslie Calvin Powell be moved closer to home to serve his sentence.

"While nothing prevents the sentencing judge from making recommendations to the BOP, ... the designation of the place at which the sentence is to be served remains with the BOP." *United States v. Hayes*, 535 F.3d 907, 910 (8th Cir. 2008). In addition, after a federal offender has been sentenced, the Attorney General, through the BOP, is responsible for administering the sentence. *United States v. Wilson*, 503 U.S. 329, 335 (1992).

Because the authority to determine where a federal sentence will be served rests with the Bureau of Prisons, Autry's April 1, 2015 letter motion [DE-48] is DENIED.

SO ORDERED.

This, the 9ᵗʰ day of April, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge

---

[1] Crystal Autry identifies herself as Leslie Calvin Powell's fiancé.